# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:25–mj–01413–DLC All Defendants

| | |
|---|---|
| Case title: USA v. Ortiz Ribera | Date Filed: 11/10/2025 |
| | Date Terminated: 11/12/2025 |

Assigned to: Magistrate Judge Donald L. Cabell

**Defendant (1)**

| | | |
|---|---|---|
| **Luis Leandro Ortiz Ribera**<br>*TERMINATED: 11/12/2025* | represented by | **Kaitlyn Gerber**<br>Dynamis LLP<br>225 Franklin Street<br>26th Floor<br>Boston, MA 02110<br>617–221–4196<br>Email: kgerber@dynamisllp.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Michael B. Homer**<br>Dynamis LLP<br>225 Franklin Street<br>Ste 26th Floor<br>Boston, MA 02110<br>617–693–9732<br>Email: mhomer@dynamisllp.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1349– WIRE FRAUD CONSPIRACY AND HONEST SERVICES WIRE FRAUD CONSPIRACY; | |
| 18 U.S.C. § 224– CONSPIRACY TO INFLUENCE SPORTING CONTESTS BY BRIBERY; | |
| 18 U.S.C. § 1956– MONEY LAUNDERING | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Elianna J. Nuzum**<br>United States Attorney's Office MA<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617–748–3100<br>Email: elianna.nuzum@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2025 | 1 | ELECTRONIC NOTICE of Case Assignment as to Luis Leandro Leandro Ortiz Ribera; Magistrate Judge Donald L. Cabell assigned to case. (MM) (Entered: 11/10/2025) |
| 11/10/2025 | | Arrest (Rule 5) of Luis Leandro Leandro Ortiz Ribera (MM) (Entered: 11/10/2025) |
| 11/10/2025 | 2 | Rule 5(c)(3) Documents Received as to Luis Leandro Leandro Ortiz Ribera (MM) (Additional attachment(s) added on 11/10/2025: # 1 copy of indictment) (MM). (Entered: 11/10/2025) |
| 11/10/2025 | 3 | ELECTRONIC NOTICE OF HEARING for Initial Appearance (Rule 5) as to Luis Leandro Ortiz Ribera. Initial Appearance set for 11/10/2025 03:00 PM before Magistrate Judge Donald L. Cabell. Courtroom to be determined. (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 4 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Luis Leandro Ortiz Ribera. Initial Appearance – Rule 5 set for 11/10/2025 at 03:00 PM in Courtroom 22 (In person only) before Magistrate Judge Donald L. Cabell. (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 5 | |

| | | |
|---|---|---|
| | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Initial Appearance in Rule 5(c)(3) Proceedings as to Luis Leandro Ortiz Ribera held on 11/10/2025. The court informs the def't of the charges against him out of the ED NY. The court informs the def't of his rights. The def't waives his right to an identity hearing and production of the warrant. The court releases the def't on conditions and a $450000.00 unsecured bond ($500000 secured by 50K) with a 50 K secured bond requirement. The def't has three weeks to secure the bond. Def't released to report to EDNY on 11/12/25. (Attorneys present: Nuzum, Homer, Gerber, Paiva USPO. ) Court Reporter Name and Contact or digital recording information: Jessica Bisaillon at jsteno99@gmail.com. Interpreter name: Carrie Lilley, Language: Spanish. (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE: Michael B. Homer appearing for Luis Leandro Ortiz Ribera. Type of Appearance: Retained. (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE: Kaitlyn Gerber appearing for Luis Leandro Ortiz Ribera. Type of Appearance: Retained. (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 8 | WAIVER of Rule 5 and 5.1 Hearings by Luis Leandro Ortiz Ribera (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 9 | Appearance Bond Entered as to Luis Leandro Ortiz Ribera. 450,000.00 Unsecured. 50,000.00 Secured. (NR) (Entered: 11/10/2025) |
| 11/10/2025 | 10 | Magistrate Judge Donald L. Cabell: ORDER entered. ORDER Setting Conditions of Release as to Luis Leandro Ortiz Ribera. (NR) (Entered: 11/10/2025) |
| 11/12/2025 | 11 | Magistrate Judge Donald L. Cabell: ORDER OF REMOVAL to the Eastern District of New York as to Luis Leandro Ortiz Ribera. (LB) (Entered: 11/12/2025) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Elianna J. Nuzum (caseview.ecf@usdoj.gov, elianna.nuzum@usdoj.gov,
usama.ecf@usdoj.gov), Magistrate Judge Donald L. Cabell
(honorable_donald_cabell@mad.uscourts.gov, noreen_russo@mad.uscourts.gov,
sara_cole@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11640569@mad.uscourts.gov
Subject:Activity in Case 1:25-mj-01413-DLC USA v. Ortiz Ribera Case Assigned/Reassigned
Content-Type: text/html
```

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 10:19 AM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. Ortiz Ribera |
| **Case Number:** | [1:25-mj-01413-DLC](#) |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
 **ELECTRONIC NOTICE of Case Assignment as to Luis Leandro Leandro Ortiz Ribera; Magistrate Judge Donald L. Cabell assigned to case. (MM)**


**1:25-mj-01413-DLC-1 Notice has been electronically mailed to:**

**1:25-mj-01413-DLC-1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Elianna J. Nuzum (caseview.ecf@usdoj.gov, elianna.nuzum@usdoj.gov,
usama.ecf@usdoj.gov), Magistrate Judge Donald L. Cabell
(honorable_donald_cabell@mad.uscourts.gov, noreen_russo@mad.uscourts.gov,
sara_cole@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11640579@mad.uscourts.gov
Subject:Activity in Case 1:25-mj-01413-DLC USA v. Ortiz Ribera Arrest - Rule 5
Content-Type: text/html
```

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 10:22 AM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. Ortiz Ribera |
| **Case Number:** | <u>1:25−mj−01413−DLC</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Luis Leandro Leandro Ortiz Ribera (MM)**


**1:25−mj−01413−DLC−1 Notice has been electronically mailed to:**

Elianna J. Nuzum     elianna.nuzum@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov

**1:25−mj−01413−DLC−1 Notice will not be electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant


True Copy Attest
11:37 am, Nov 06, 2025
DATE
BRENNA B. MAHONEY
CLERK
BY August Manziliano
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **25-CR-346** |
| Luis Leandro Ortiz Ribera | ) | |
| | ) | **Judge Kiyo A. Matsumoto** |
| | ) | **Magistrate Judge Clay H. Kaminsky** |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Leandro Ortiz Ribera,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1349 (wire fraud conspiracy and honest services wire fraud conspiracy); 18 USC 224 (conspiracy to influence sporting contests by bribery); 18 USC 1956(h) (money laundering conspiracy)

Date: 11/05/2025

*James Boyd* on behalf of
*Issuing officer's signature*

*Brenna B. Mahoney, Clerk of Court*
*Printed name and title*

City and state: Brooklyn, New York

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

6

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Elianna J. Nuzum (caseview.ecf@usdoj.gov, elianna.nuzum@usdoj.gov,
usama.ecf@usdoj.gov), Magistrate Judge Donald L. Cabell
(honorable_donald_cabell@mad.uscourts.gov, noreen_russo@mad.uscourts.gov,
sara_cole@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11640584@mad.uscourts.gov
Subject:Activity in Case 1:25-mj-01413-DLC USA v. Ortiz Ribera Notice of Hearing for
Initial Appearance
```
Content−Type: text/html

# United States District Court

## District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2025 at 10:27 AM EST and filed on 11/10/2025

**Case Name:**      USA v. Ortiz Ribera
**Case Number:**    <u>1:25−mj−01413−DLC</u>
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**ELECTRONIC NOTICE OF HEARING for Initial Appearance (Rule 5) as to Luis Leandro Leandro Ortiz Ribera. Initial Appearance set for 11/10/2025 03:00 PM before Magistrate Judge Donald L. Cabell. Courtroom to be determined. (NR)**


**1:25−mj−01413−DLC−1 Notice has been electronically mailed to:**

Elianna J. Nuzum     elianna.nuzum@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov

**1:25−mj−01413−DLC−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Elianna J. Nuzum (caseview.ecf@usdoj.gov, elianna.nuzum@usdoj.gov,
usama.ecf@usdoj.gov), Magistrate Judge Donald L. Cabell
(honorable_donald_cabell@mad.uscourts.gov, noreen_russo@mad.uscourts.gov,
sara_cole@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11640803@mad.uscourts.gov
Subject:Activity in Case 1:25-mj-01413-DLC USA v. Ortiz Ribera Notice of Hearing for
Initial Appearance
Content-Type: text/html
```

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 11:48 AM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. Ortiz Ribera |
| **Case Number:** | 1:25–mj–01413–DLC |
| **Filer:** | USA |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Luis Leandro Leandro Ortiz Ribera. Initial Appearance – Rule 5 set for 11/10/2025 at 03:00 PM in Courtroom 22 (In person only) before Magistrate Judge Donald L. Cabell. (NR)**


**1:25–mj–01413–DLC–1 Notice has been electronically mailed to:**

Elianna J. Nuzum     elianna.nuzum@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov

**1:25–mj–01413–DLC–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Elianna J. Nuzum (caseview.ecf@usdoj.gov, elianna.nuzum@usdoj.gov,
usama.ecf@usdoj.gov), Magistrate Judge Donald L. Cabell
(honorable_donald_cabell@mad.uscourts.gov, noreen_russo@mad.uscourts.gov,
sara_cole@mad.uscourts.gov)
--Non Case Participants: Michael A. Scarcella (mike.scarcella@thomsonreuters.com),
Marshals (derek.mcshane@usdoj.gov, edeleon@usms.doj.gov, erose@usms.doj.gov,
john.ferragamo@usdoj.gov)
--No Notice Sent:

Message-Id:11641894@mad.uscourts.gov
Subject:Activity in Case 1:25-mj-01413-DLC USA v. Ortiz Ribera Initial Appearance - Rule
5(c)(3)
Content-Type: text/html
```

## United States District Court

## District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2025 at 3:52 PM EST and filed on 11/10/2025

**Case Name:**         USA v. Ortiz Ribera

**Case Number:**       1:25-mj-01413-DLC

**Filer:**

**Document Number:** 5(No document attached)

**Docket Text:**
 **Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Initial Appearance in Rule 5(c)(3) Proceedings as to Luis Leandro Leandro Ortiz Ribera held on 11/10/2025. The court informs the def't of the charges against him out of the ED NY. The court informs the def't of his rights. The def't waives his right to an identity hearing and production of the warrant. The court releases the def't on conditions and a $450000.00 unsecured bond ($500000 secured by 50K) with a 50 K secured bond requirement. The def't has three weeks to secure the bond. Def't released to report to EDNY on 11/12/25. (Attorneys present: Nuzum, Homer, Gerber, Paiva USPO. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. Interpreter name: Carrie Lilley, Language: Spanish. (NR)**


**1:25-mj-01413-DLC-1 Notice has been electronically mailed to:**

Elianna J. Nuzum     elianna.nuzum@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov

**1:25-mj-01413-DLC-1 Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| U.S. <br> *Plaintiff* <br> v. <br> Luis Leandro Ortiz Ribera <br> *Defendant* | Case No. 1:25-01413M-09 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luis Leandro Ortiz Ribera

Date: 11/10/25

_____
*Attorney's signature*

Michael Homer 684322
*Printed name and bar number*

Filed in open court 11/10/25

Deputy Clerk _____

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_United States_
Plaintiff
v.
_Luis Leandro Ortiz Ribera_
Defendant

Case No. 1:25-01413M-001

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Luis Leandro Ortiz Ribera_

Date: 11/10/25

_[signature]_
Attorney's signature

Kaitlyn Gerber #710505
Printed name and bar number

Filed in open court 11/10/25

Deputy Clerk _[signature]_

11

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

VS.

Case Number: 25-mj-1413-DLC

**Luis Leandro Ortiz Ribera**
Defendant

Charging District: E.D. New York

Charging District's Case Number: 25-CR-346

## WAIVER OF RULE 5 and 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district:
the (*name of other court*) E.D. New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise--unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing.
☑ production of the warrant. DLC
☐ a preliminary hearing.
☐ a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.

☐ a preliminary hearing.
☐ a detention hearing.

I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

11/10/25
Date

_____
Defendant

_____
Attorney for Defendant

SR-03-2020

12

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 25-mj-1413-DLC |
| Luis Leandro Ortiz Ribera ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Luis Leandro Ortiz Ribera_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ __500,000.00__ , secured by:

    ( X ) (a) $ __50,000.00__ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

   (1)   all owners of the property securing this appearance bond are included on the bond;
   (2)   the property is not subject to claims, except as described above; and
   (3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/10/2025

_____
*Defendant's signature*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CLERK OF COURT

Date: 11/10/2025

/s/ Noreen A. Russo
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 11/10/2025

/s/ Donald L. Cabell
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Luis Leandro Ortiz Ribera<br>*Defendant* | )<br>)<br>) Case No.  25-mj-1413-DLC<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  EASTERN DISTRICT OF NEW YORK
*Place*
225 Cadman Plaza E, Brooklyn, NY 11201

on  11/12/2025 11:00 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☑) (6) The defendant is placed in the custody of:
   Person or organization   Alta Garcia Reynoso.
   Address *(only if above is an organization)*
   City and state _____   Tel. No. _____
   who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.
                                Signed: X_____   _____
                                                  Custodian                              Date

(☑) (7) The defendant must:
   (☑) (a) submit to supervision by and report for supervision to the   US Probation and Pretrial Services   ,
         telephone number _____ , no later than   as directed   .
   (☐) (b) continue or actively seek employment.
   (☐) (c) continue or start an education program.
   (☑) (d) surrender any passport to:   US Probation and Pretrial Services
   (☑) (e) not obtain a passport or other international travel document.
   (☑) (f) abide by the following restrictions on personal association, residence, or travel:   Travel restricted to Massachusetts and ED New York

   (☑) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
         including:   including, but not limited to: co-defendants, unless in the presence of counsel,
         and any individuals identified by the Assistant U.S. Attorney's Office
   (☐) (h) get medical or psychiatric treatment: _____

   (☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
         or the following purposes: _____

   (☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   (☐) (k) not possess a firearm, destructive device, or other weapon.
   (☐) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
   (☐) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.   You may not use Marijuana under any circumstances.
   (☐) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
   (☐) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
   (☐) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
      (☐) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
   (☐) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
      i. Following the location restriction component (**check one**):
         (☐) (1) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____ , or (☐) as directed by the pretrial services office or supervising officer; or
         (☐) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
         (☐) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
         (☐) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

## ADDITIONAL CONDITIONS OF RELEASE

    (ii) submit to the following location monitoring technology (**check one**):
- ( ☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (2) GPS; or
- ( ☐ ) (3) Radio Frequency; or
- ( ☐ ) (4) Voice Recognition; or
- ( ☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (s) Submit to the third party custody of your wife, Alta Garcia Reynoso.

AO 199C (Rev. 09/08) Advice of Penalties　　　　　　　　　　　　　　　　　　　　　　　　Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 11/10/2025　　　　　　　　　　　　　/s/ Donald L. Cabell
　　　　　　　　　　　　　　　　　　　　Judicial Officer's Signature

　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge Donald L. Cabell
　　　　　　　　　　　　　　　　　　　　Printed name and title

DISTRIBUTION:　COURT　DEFENDANT　PRETRIAL SERVICE　U.S. ATTORNEY　U.S. MARSHAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 1:25-mj-0413-DLC

UNITED STATES OF AMERICA

v.

Luis Leandro Ortiz Ribera

**RULE 5 ORDER OF REMOVAL**

November 12, 2025

Cabell, M.J.

Defendant Luis Leandro Ortiz Ribera is charged in an indictment in the Eastern District of New York. The defendant appeared before the undersigned for an initial appearance on November 10, 2025, represented by retained counsel. At that time, the defendant was released on conditions.

The defendant waived an identity hearing. I find that the defendant is the person named in the warrant. The defendant was informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

WHEREFORE, the defendant is ORDERED removed to the Eastern District of New York and further, that the defendant appear before the United States District Court for that District on November 12, 2025.

/s/ Donald L. Cabell
Donald L. Cabell
United States Magistrate Judge

1